

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-14-00824-CV

Robert **TYSON**, Carl and Kathy Taylor, Linda and Ron Tetrick, Jim and Nancy Wescott, and
Paul and Ruthe Wilson,
Appellants

v.

Demar **BOREN** and Lorena Yeates,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-13-0100356
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellees Boren and Yeates have filed a motion for extension of time to file their brief, requesting an extension to April 27, 2015. However, pursuant to our order of March 10, 2015, appellees' brief is not due until May 12, 2015. Therefore we deny appellees' motion for extension of time as moot.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court